## Kates Estate.

Argued April 29, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*William H. Rivoir, Jr.,* with him *Gawthrop & Greenwood,* for appellants.

*Richard W. Stevens,* with him *Clark, Ladner, Fortenbaugh & Young,* for appellee.

OPINION PER CURIAM, October 9, 1970:

Decree affirmed. Appellants to pay costs.

Mr. Chief Justice BELL dissents and would reverse and reject appellees' claim on the ground of laches of forty years.